And we move to the second case this morning, Daley v. Jones Motor Company. May it please the court, my name is Michael Bloedfogle. I represent Mr. Daley. There is no statutory basis that supports the dismissal in the case below. And I'll start by the section that was initially cited by Jones Motor in its motion to dismiss, which is section 18 of the Workers' Compensation Act. And that section states all questions arising under this act shall be determined by the commission. As we point out in the briefing, the skilling case from the Illinois Supreme Court in 1994 stated even if you have a question arising under the act, that would at most confer concurrent jurisdiction on the commission, not exclusive. But the more difficult problem for the defendants in this matter is there is not a question arising under this act. And we know that because section 28 of the None of the allegations in the complaint pertain to an accidental injury or death. There is a section 18 that states all questions arising under this act. I'm sorry. There's a section 19 that states the filing of an application of adjustment of claim initiates the process of resolving any disputed questions of law or act. But again, that would be the questions that arise within the application of adjustment of claim. Those issues don't arise here. In the response brief, what the defendants focus on primarily is section 4D of the act and the Keating case that discusses 4D of the act. But what Keating held was that if you are a plaintiff bringing a personal injury case and you want to invoke the remedies of the employer did not provide coverage when it should have, then the plaintiff can bring a civil claim and shall have a rebuttable presumption of liability. Does that apply only if the failure by the defendant was fraudulent? It may even apply only to that. Not if it's negligent or just a good faith disagreement about employment status. Certainly. Sure. And my point would be if you are a plaintiff and you want to invoke section 4D of the act in your complaint, in Keating they try to do that on their 4th Amendment complaint, what Keating said is before you get to do that, you have to have the commission make the findings under 4D. Plaintiff here is not trying to invoke section 4D of the act in any event. Counselor, can I back you up for a moment? As I understand it, you're in federal court here under the Class Action Fairness Act? Yes. How do you reach $5 million in controversy here? I believe the allegations in the complaint state that there are more than 100 members. So to get to the $5 million, essentially the allegation is those 100 members divide that by $5 million, have to pay that amount in occupational accidental premiums when they should not have. They were paying about $38 a week each, right? That sounds correct. Okay, that's less than $2,000 per person per year. $10,000. So potentially, I understand what your point is. 100 people would be $200,000 a year. Now, I don't know how big this group is. I don't know whether there are other damages you're seeking, but I'd like to understand the basis for $5 million. Sure, and the allegation was there were more than 100 members. I understand the math would work out, if the class was defined as 2011 to the present, so that would be eight years. So to get to the $5 million mark, it would have to be more than 100. I mean, I can follow the math. A lot more than 100. A lot more than 100, and the allegation was made that there was more than $5 million at issue, and that the defendants conceded. Well, honestly, the defendants, I read their jurisdictional memorandum, and they conceded jurisdiction, but they stated that they were not necessarily conceding the allegations. You invoke federal jurisdiction. I'm asking you the basis for it. Correct. You allege you've got more than $5 million at issue. How do you get there? There would have to be enough members, more than 100, times the $38 per week, times 52 weeks, times the number of years to reach the $5 million, and the exact number of members of the class has not been determined yet, and that would have to be... Some idea? Nothing beyond the more than 100 at this point. It would have to be the number of employees at each of these terminals. Can I ask you, counsel, also about the status of Mr. Daley's separate injury claim? Sure. I investigated that last night. It is still pending. It was... Has he had a hearing? There was a hearing on October 15th, so eight days ago. It appears to be just sort of a status hearing, and it looks like it was just rolled over another three months to January 14th, 2019, and from what little I can determine from the public record, it appears it's just for another status conference, not for trial. He's your client. Yes. You don't have anything other than just the public record on this subject? I apologize. That is all I have on this point, and I have not heard anything... In essence, why should we not... We've got this interesting debate under Illinois law, but why should we not... The same issue is presented to the Commission itself, right? So why not just... Why should we not just wait and see what the Commission has to say about whether Mr. Daley's an employee of Jones Motor? Sure. I would disagree that the same issue is before the Commission, because the most that would be before the Commission is, was his accident on January 23rd, 2015, in the course and scope of his employment? Was he their employee on that date? And so not a week later or a week earlier? Well, and that... I mean, come on. What... Have there been any significant changes in the contractual relationship over the years? And our position would be, if this case is affirmed, then he gets a favorable finding in the Commission. Our position would be, no, there has not been a change, that if the Commission finds he was their employee on January 23rd, 2015, he was their employee throughout. My suspicion is the defendants are not willing to stipulate to that, and they will state whether or not he was an employee that day, whether there was enough command and control that day does not preclude a finding on the other dates. Well, both... If that's correct, then I'll be curious to hear from the defense on that point, but if you both want to keep your powder dry on issue preclusion issues, you're going to wind up with probably a couple of decision-making bodies that are pretty unhappy about that, particularly if the only rationale is that maybe things were different a week apart or a year apart. Sure. And that raises additional concerns, which goes back to my underlying point is there's no statutory basis to say that Mr. Daley has to wait for the Commission determination. As far as Mr. Daley himself, and this is pointed out in the allegations in the complaint, the way the scheme has worked is any time an employee gets close to a trial and all the deterrent measures the defendants have invoked have failed, then the next step they use to make sure this issue is never reached, and the allegations point out that there are internal communications by defendants to say, we never want the Commission to reach this issue. The next way they make sure the Commission never reaches this issue is they overpay. In other words, they make a settlement offer. But nothing forces your client to accept that. If they wanted to reject it and pursue a separate claim, they could do that. That's an individual choice. It absolutely is. And then his choice would be, what is the value of my workers' compensation claim, and what would be the value of my individual civil action claim? And if the settlement exceeds that, I guess even then, he still could be a hero and say, I'm going to not accept the settlement and litigate this to the Commission and then on my civil claim. That's a choice he makes. Certainly. But what the allegations in the complaint state is any rational, to date, every person has accepted the settlement. The other effect of waiting to see for the Commission to make the determination for Mr. Daley is that means that there never would be an effective class action. Mr. Daley could bring his civil claim, but then the next time someone else wants to bring a claim, the same argument would apply. You have to litigate your way through the Commission. I thought your argument, though, was a little different. I thought your argument was, look, we've got a whole bunch of drivers. Who believe they are employees and are not receiving the protection and the financial security they're entitled to under the system. And they're entitled to know what their status is, right? I mean, that's just fundamental to insurance. I don't want to make a claim, certainly not on my life insurance, right? I don't even want to make claims on my health insurance, but I want to know what's there. And I thought that your argument is you can't get the Commission to answer that question for you and answer the question about are we employed and properly insured or, you know, does Jones Motor have to come across and deliver that insurance? Well, exactly. That is one of my fundamental arguments is there's no mechanism identified. Why is it not sufficient to just report suspected fraud to the Commission under the 4D kind of issue? Well, the 4D kind of issue, my understanding is that only arises once you have the injury occurring. I looked at 4D many times over and did not see language about how a non-injured employee can bring that in front of the Commission. Have you ever tried to bring this issue before the Commission? No. Do you represent Mr. Daley before the Commission on his individual claim? I do not. That is, I believe, the Galanti Law Offices. But hasn't the Illinois Appellate Court made a determination on this issue about things belonging to be determined by the Commission? All questions arising under the Act shall, as otherwise be provided, be determined by the Commission? That is the statutory language. I have not seen any appellate court that's confronted this issue. So in other words, like Keating states, if you want to say 4D, you have to get all the findings through the Commission from 4D. What the Illinois Supreme Court has said on not this issue but close issues is ordinarily the circuit courts have general jurisdiction. The Commission has very specific jurisdiction. To divest the circuit courts of jurisdiction, you have to have very explicit language in the Act. Well, but that case, which is Keating v. 8th and Paxton, says that specifically the Commission has the authority to resolve any disputed questions of law or fact arising under the Act. And it goes on, the context of Keating repeatedly says Section 4D. I don't recall if there was one straight sentence making that statement, but the rest of Keating makes it clear that it is referring to Section 4D. In other words, if a litigant wants to invoke 4D, a litigant has to have the Commission find that there was a violation of 4D. I don't disagree with that. But it said in workers' compensation cases, the Industrial Commission is the ultimate decision maker. For questions arising under the Act, but then you look at Section 28 that states the questions arising under the Act are questions that pertain to accidental injuries or death, which circles back to the point I was making, which was if the district court is correct, the only way any litigant gets relief is to get injured at work, have the Commission ultimately find that they were employed on the date of employment and hope that that finding is preclusive throughout their employment relationship. Then they can bring a civil claim. What that would leave out is anyone who had to pay for workers' compensation insurance all the years when the allegations say they were actually employees should not have had to do that, but they don't get injured at work. An argument is if they don't get injured at work, there's no way for them to get in front of the Commission. Now, it might be okay to deprive all of these individuals of a remedy if there's something explicit in the statutory text that would suggest that's what the Illinois legislature wanted to do. But the sections I already described indicate that is not actually what the intent of the Illinois legislature was. And then the other sort of traditional exclusive remedy provision, Section 4, makes it clear that that is limited to accidental injuries or death. And there's a Section 11 that, again, states it's for accidental injuries or death. So if they are correct, their scheme will work against everyone who never is injured at work. All of those people will be damaged as alleged in the complaint by paying for comp insurance that they never should have paid for. Do you agree that all of your claims here depend upon whether Mr. Daley is an employee as opposed to an independent contractor? I do not. I would agree many of them do. Which ones? The parts of the conspiracy claim that say he had to pay for coverage when he should not have because he was an employee. That claim obviously would hinge on employment. The fraud claims actually would not because the fraud claim says, essentially, they made him pay for occupational accidental coverage. They told him this is not for your workers' compensation coverage when, in fact, through the years, that is exactly what they have used it for. So he's been sold a policy under false pretenses, and they've also told the providers this is not a work comp policy, which allows them to pay less benefits to providers and sometimes makes the providers tap the employee's private health insurance instead of the occupational accidental policy. So that scheme not only hurts him directly, but it also hurts him a little more indirectly in that when he's trying to get medical help, they're telling providers that his occupational accidental policy coverage does not cover that, so he gets less in benefits and his private health insurance gets hit with it. So the fraud claim, even if he actually was not an employee, there's still the problem that this coverage is not what they're telling him it is. Thank you. Thank you. Mr. Gross? At police court, my name is Joe Gross. I represent Jones Motor Company. Beth Berger represents Zurich, and she's going to address the jurisdictional questions. So if you want to address them first, I'll just sit down and change places. We ask that you affirm the district court's order, which dismissed the complaint without prejudice, and find that before the district court could consider any of the six counts in the complaint, the Illinois Workers' Compensation Commission had to first determine whether Mr. Daley was, in fact, employed by Jones Motor Company under the Workers' Compensation Act and whether Jones Motor Company had to purchase workers' compensation. So how do you do that before there's an injury? Oh, it's easy. Well, you can section 25.5 C and D says that the division of the insurance of the Department of Financial and Professional Regulations shall establish a fraud and insurance noncompliance unit responsible for investigating. Was this in your brief? This was not. This seems like the answer to, like, the basic question of the case. So I'd like to hear it, but I'm also curious as to why I'm hearing it for the first time now. Well, it's because in the reply brief was the first time when he says, what am I supposed to do? And so I wanted to be able to answer that question. Okay. So the answer is? Section 25.5 C and D, the division, let me just read it, the division of insurance of the Department of Financial and Professional Regulations shall establish a fraud and insurance noncompliance unit responsible for investigating incidences of fraud and insurance noncompliance pursuant to this section. The size of the staff, it goes on. So they can investigate. They can investigate for sure. So they complain to the state agency. Do they have a right to go to court? Do the people who say they're employees have a right to go to court? Only secondary, because the commission has to make a determination under Section 18 of the Act. It's a question of employee status or insurance coverage. Keating says that it's a question under the Act, and it's for the commission to determine. But isn't that limited to fraud under 4D? Or is there something that's broader than that? It's much broader than that. Where? It's insurance noncompliance. Okay. Does 4D cover noncompliance, or is it just fraud? Section 4D is a long section of the Act, and it's very complicated. And throughout that, in fact, Keating talks about the nature of that section, and it says, well, you know, is it only dealing with 4D? No, because whenever the commission makes a determination under, for example, Section 19, you get to invoke Section 19, which says that the appellate courts or the circuit courts have an appellate role to the commission. And that case is a case that Keating relied on, and that was Roberson. Roberson versus the Industrial Commission, which dealt with PI&I Motor Express Company. And that issue, there was an injury in that case, but it did say that the commission has to make all of those. And, in fact, in that case, the PI&I Motor Express Company was an owner-operator situation where the commission reversed the arbitrator in finding that Mr. Roberson wasn't employed. The arbitrator found that he wasn't. I want to go back for a minute to Section 25.5. Yes. That directs the creation of a fraud and insurance noncompliance unit. It says... Is there such a unit that was created? I don't know. It's in the statute. Okay, so let's assume, you read it, I know what the words say. Let's assume such a unit was established. Does that unit then make a determination about whether or not an individual is an employee or an independent contractor? I will read another part of the section to answer exactly that. The fraud and insurance noncompliance unit shall report violations of fraud and insurance noncompliance provisions of this section to the Attorney General or to the State's Attorney of the county in which the offense allegedly occurred, either of whom has authority to prosecute violations under this section. So can that unit make a determination as to whether or not someone... It can report instances of insurance noncompliance to the commission. And it can... So you're arguing that plaintiff's claim shouldn't be able to go forward until the commission makes a determination that he's an employee or an independent contractor. And the question that Judge Hamilton asked previously was, is there a method to get that determination? You identified this fraud and insurance noncompliance, but just your reading of the statute doesn't suggest that they make determinations as to whether or not somebody is an employee or an independent contractor. They report them. And, in fact, what it suggests is that these are issues that should be decided in criminal courts, not by the commission. Correct. Right? Yes. Why not a civil court? Well, actually, not civil court, but that section also provides that any prosecution, there will not only be the criminal sanction, but there will also be a requirement for restitution. Well, that's nice. But if the state government doesn't have the budget and staff to proceed in a particular case, what are the drivers to do? Well, first off, and I know it might not answer directly, but you asked the appellant's counsel about his pending claim. Instead of going every three months and reporting status, he can bring this issue right up right now. And as far as the putative class members, they're not part of the case yet. The case hasn't been certified yet. No, but the theory is that you don't have to wait until you're injured to find out your insurance status. Right? Correct. And I Googled that after the reply brief. And you get also You Googled what? Googled. That's a verb. No, no, no. I'm familiar with the verb. What did you Google? I Googled insurance, noncompliance, things like that. After a minute, and you get to the Illinois Workers' Compensation worksite, and it says if you want to see if your employer has coverage, type in the name, and it also gives you a number to call the commission if you have any questions. How nice. Okay. And if you're not satisfied with that or you think the commission is wrong or doesn't have enough staff or budget to pursue these sorts of matters, what do you do? Then you can report the insurance noncompliance, which the commission has exclusive jurisdiction to do. It's not just accidents. They have jurisdiction over insurance noncompliance issues and say that my employer is not providing insurance, and what are you going to do about it? And they say nothing. And they say nothing. Are you stuck? No. And is that clear under the statutes? No, because the commission has to make a determination after notice in a hearing, and that's in the Act, too. Where do you get that? After notice in a hearing, that would be. And after notice of what? Of fraud? After notice to the employer in a hearing. So the commission will just take a case that says we think we're employees and our employer is not providing us coverage. Yes. Where does that happen? That's in Section 4. It says any employer, including but not limited to general practices, and it says they have to provide insurance. They either have to be self-insured for inner security or provide insurance, and then later on in Section 4C, it says all orders made by the commission under this section shall be subject to review by the courts. Said review to be taken in the same manner and within the same time as provided in Section 19 of this Act for review of awards and decisions. Okay, so where do you – let me go back to my original question. 25.5 is not much of an answer, I've got to tell you. It's a criminal statute, right? Yeah. So if you're in the plaintiff's position and you want the commission to tell you legally what's my status before you get hurt, how do you do that? You can file a claim with the – You haven't been hurt. You can still ask for a ruling on whether or not the insurer or the employer has to provide insurance. Where do you do that? In Section 4. Which part of it? It says – well, I don't know where it says an employee can do it. That's the question. Have you ever seen it done? No. And doesn't the commission have a policy of not offering advisory opinions? It's not an advisory opinion because it can punish the employer. In fact, in the Keating case, it talks about that. Okay, so is there a statutory provision that lets somebody who believes he's an employee to present that question to the commission and get it decided? Yes. You can report it to the fraud unit, I believe, and I think Keating also said that. Okay. Keating does say that. Thank you. In fact, Keating – there's another case, the Kelsey v. Motorola case, which Pellant brought up in his brief. In Kelsey, that was a workers' compensation retaliation case, and that was the first case in which the Illinois Supreme Court held that there could be a common law cause of action for a violation of public policy. And at that time, there wasn't a retaliation provision. Has that ever been extended to the situation we're talking about now? It goes to the – no, it hasn't. It doesn't. Thank you. Your co-counsel is losing her time. Okay. Thank you. Good morning, Your Honors. Beth Berger for Applebee's Zurich American Insurance Company. May it please the Court. First, I wanted to just briefly discuss jurisdiction. At the outset of this appeal, the Court asked the parties to file statements regarding this Court's jurisdiction. Specifically, this Court inquired why there was appellate jurisdiction when Zurich had actually answered the complaint. Notwithstanding the existence of Zurich's answer, the district court, Suspente, exercised its authority to dismiss on 12B6 grounds the entire case, including specifically the counts alleged against Zurich. The district court's order was premised on its decision that the threshold issue underpinning all of the counts of the complaint were within the exclusive jurisdiction of the commission. This court also inquired regarding its authority in light of the district court's dismissal with prejudice below. You mean without? Yes, without prejudice below. Sorry, Your Honor. When a district court dismisses a case in its entirety for grounds that the plaintiff is incapable of curing, the order is final even where the order states that the dismissal is without prejudice. Could you address the amount in controversy question here? Well, Your Honor, their jurisdiction statement was based upon our jurisdiction statement was based upon what they alleged, so they alleged in excess of 100. We did actually look into that after that issue. Zurich doesn't have the answer to that, but Jones Motors Council said that they believe that. You said you were going to answer the questions about jurisdiction, though. We may need to have Mr. Rose come back. I was told that based upon how many truckers were in the particular station in Illinois, they only had about 30. So I mean that's the only information that we have on that, Your Honor. So why didn't you challenge subject matter jurisdiction and the amount in controversy? Because if you do the math, 30 times $38 per week times 52 weeks, you don't get to $5 million. There was no discovery done at the time, and my client had no information about that. Okay, your client, obviously. It's not your problem, exactly. Mr. Gross, with my colleague's indulgence, I would like to know what your views are on this. Sure. Our view was that we didn't believe that the complaint stated a claim that could offer relief. So we offered subject matter jurisdiction. We went this route rather than the other because we would have to go through the math and provide evidence. Do you see any possible way the amount in controversy here exceeds $5 million? Not from the facts that my client has told me, no. Okay, thank you. What about from the facts alleged in the complaint? More relevant. Is there any basis that you can get to the $5 million? The answer directly is no, but this was a motion, a 12B6 motion, and we were stuck with the allegations in the complaint. So that's the short answer. Do you know how many truck drivers your client had during this eight-year period that could fall within any putative class? No. When I asked my client the question, it was, we don't know what this is about, we've got about 30 truck drivers. And I suspect, Your Honor, that they might not have gone all the way back to the eight years when they gave that number. We don't know for sure because of statute of limitations issues. I just want to, unless there's other questions on jurisdiction, I'm just going to skip ahead. And just to address the one issue that was, well, there were two issues raised in the appellant's brief that were never raised before. One was preclusion and abstention. That was not the basis of the court's order below. And the way that it was argued was that somehow we, the appellees, were making that argument, which we were not. Nobody seems to be actually making the argument in this case. It's a little odd. I'll just skip over that then because no one's making that argument. You're correct, Your Honor. To the fraud issue that was, Your Honor, asked the appellate's counsel before, is there any counts that he has in the complaint that are not premised on Mr. Daley's employee status? And I would just say that the argument that there was some other cause of the order was never raised before. It wasn't raised in the complaint. It wasn't raised in the response to the motion to dismiss. It wasn't raised when the court dismissed the case entirely on that basis. And it really wasn't raised in any of the appellant's briefs until the reply brief where it was described as what he appeared to argue was that if Mr. Daley is, in fact, an independent contractor, then he has a claim of fraud arising out of his own fraudulently filed workers' compensation claim and the contingent liability policy purchased by Jones Motor. That's really what he was arguing. So along with failing to explain how he could have been harmed by that supposed fraud, the argument is fatally flawed because in order to make that claim he would have to be admitting or taking the position that Mr. Daley was an independent contractor as he was classified. So it's not clear to me how that is even the same complaint that's at issue in this case. So I would just say that for those reasons and because it was never raised before, never even brought up. And when the court asked about jurisdiction, he never said, oh, wait, you know what, we could have amended our complaint, that that issue should be foreclosed and not considered by this court. Thank you. Thank you, Counsel. Any time left? I'll give you a minute. Okay. On the Section 25 issue, that was raised for the first time today. They didn't move the supplement if they thought that argument was raised for the first time in the reply brief. And also the Kelsay case would foreclose their argument even if that section actually did reach all of this conduct because Kelsay states even if there are criminal provisions within the act, you can still provide a civil action for violations thereof. The argument about fraud not being covered by the employment issue was actually raised in the appellate brief on page 35. And in the response to the motion to dismiss, we contended that none of the claims were subject to the commission's jurisdiction, which would encompass the fraud claim. And the district court's order clearly indicates it recognized there was a fraud on the jurisdiction issue. It was caught a little flat-footed in the opening, but the other point I want to raise that hasn't been addressed is the complaint is seeking punitive damages and attorney's fees for violations of the Consumer Fraud Act, and that's contained in one place on page 37 of the appendix. So that alone might bridge the gap. Also, I'm hearing about 38 people for the first time. Ordinarily the well-plaid allegations as a subject matter jurisdiction are taken as true. It's been less than until they're shown not to be true. Until they're shown not to be true and the first time there's been any intimation they're not true as today. Thank you, counsel. Thank you. Thanks to both counsel and the cases taken under advisement.